UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>Derek Antwan Simpson<br><br>　　　　　Defendant(s) | CRIMINAL NO. 08MJ0086 (NLS)<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Leticia Dominguez Villanueva

DATED: 1-24-08

Nita L. Stormes
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
　　Deputy Clerk

RECEIVED _____
　　　　　　　DUSM