# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 08CR226-BTM / 08MJ0086 |
| vs | ) | ABSTRACT OF ORDER |
| Derek Antwan Simpson | ) | Booking No. 06909298 |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of __January 29, 2008__
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ _____ Defendant released on $ 10,000 P/S bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

Received _____ DUSM

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

OR

by _____ /s/ Perrault
Deputy Clerk

Crim-9  (Rev 6-95)                ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY